**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** IDESSA WALKER,<br><br>DEBTOR | Case No. 26 B 10536<br>Chapter 13<br><br>Judge Nancy A. Peterman |

## NOTICE OF MOTION

TO: See attached Service List

PLEASE TAKE NOTICE that on **October 6, 2026, at 9:30 am**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place **either** in courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below, and present this motion, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of this motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

**To appear by Zoom by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 1617361962 and the passcode is 673499. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Angie Lee

CERTIFICATE OF SERVICE

The undersigned, an attorney,certifies under penalty of perjury that she served a copy of this notice and the attached motion to the Trustee and all creditors on September 30, 2026, via electronic service or First Class Mail.

/s/ Angie Lee

Angie S Lee #6282075
Lee Law Firm LLC
7030 Centennial Dr. #131
Tinley Park, IL 60477
708-269-7990

Label Matrix for local noticing
0752-1
Case 26-10536
Northern District of Illinois
Eastern Division
Wed Sep 30 13:11:40 CDT 2026

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Amex
PO Box 6789
Attn Bankruptcy
Sioux Falls, SD 57117-6789

Citizens Bank NA F/K/A RBS Citizens NA
C/O Citizens Bank, N.A
10561 Telegraph Rd.
Glen Allen VA 23059-4577

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013-2002

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb/Sam's Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

The Pavilion of Bridgeview
c/o Brian Stines
200 W Main St
Saint Charles, IL 60174-1812

Transunion
Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

Angie S Lee
Lee Law Firm LLC
7030 Centennial Dr.
Ste #131
Tinley Park, IL 60477-1649

Idessa Walker
8046 S Campbell Ave
Chicago, IL 60652-2822

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Jefferson Capital Systems, LLC
PO BOX 7999
ST.CLOUD, MN 56302-9617

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** IDESSA WALKER,<br><br>DEBTOR | Case No. 26 B 10536<br>Chapter 13<br><br>Judge Nancy A. Peterman |

## MOTION TO APPOINT GUARDIAN AD LITEM

NOW COMES Debtor, by and through her counsel Lee Law Firm LLC, and respectfully moves this Court for entry of an order appointing a Guardian ad Litem for the Debtor IDESSA WALKER and in support states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 on June 24, 2026.
2. The Debtor is presently unable to adequately understand, manage, or participate in the bankruptcy proceedings due to cognitive impairment and recently hospitalization.
3. The Debtor's condition substantially impairs his/her ability to:
    - review and verify schedules and statements,
    - communicate with counsel,
    - appear at required hearings,
    - make informed decisions regarding the administration of the bankruptcy estate.
4. Pursuant to Federal Rule of Bankruptcy Procedure 1004.1, the Court may appoint a guardian ad litem or next friend to represent an infant or incompetent person who is a debtor.
5. Anthony Walker is willing and able to serve in this capacity.

- Relationship to Debtor: adult child
- Address: 415 Pulaski Road, Calumet City, Illinois
- Phone: (708) 516-7289
- The proposed Guardian ad Litem has no interests adverse to the Debtor or the bankruptcy estate.
- He is already Debtor's Power of Attorney.

6. Appointment of a Guardian ad Litem is necessary to protect the Debtor's rights, ensure proper administration of the case, and allow the bankruptcy to proceed without prejudice.

WHEREFORE, Movant respectfully requests that this Court enter an order:

A. Appointing Anthony Walker as Guardian ad Litem for the Debtor Idessa Walker;

B. Authorizing the Guardian ad Litem to act on behalf of the Debtor in all matters related to this bankruptcy case; and

C. C. Granting such other and further relief as this Court deems just and proper.

Date: September 30, 2026

Respectfully Submitted,

/s/ Angie Lee
Attorney for Debtor

Angie S Lee #6282075
Lee Law Firm LLC
7030 Centennial Dr. #131
Tinley Park, IL 60477
708-269-7990